```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TROY D. BENNETT,
```

|  |  |
|---|---|
| Plaintiff, | **ORDER** |
| -against- | 16-CV-6653 (KAM)(PK) |
| CITY OF NEW YORK, et al., |  |
| Defendants. |  |

```
------------------------------------------------------------------x
```

**Peggy Kuo, United States Magistrate Judge:**

Counsel for the City of New York ("Corporation Counsel") requests that Plaintiff Troy D. Bennett ("Plaintiff") provide additional information that will allow Corporation Counsel to identify the defendant named as "Correction Officer Brown" in Plaintiff's Complaint. This request is granted.

Plaintiff is ordered to file with the Court a detailed description of Correction Officer Brown's physical appearance. Plaintiff must file this description with the Court by **October 16, 2017**. Corporation Counsel's time to comply with the *Valentin* order as to Correction Officer Brown is extended to **November 13, 2017**, *nunc pro tunc*.

Should Plaintiff have questions about this order or how to file the required description, he may contact the *Pro Se* Office at the United States Courthouse by calling (718) 613-2665.

                                                          **SO ORDERED:**

                                                          *Peggy Kuo*
                                                          PEGGY KUO
                                                          United States Magistrate Judge

Dated: Brooklyn, New York
       September 15, 2017